**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

ⵌJUN 2 9 2004

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| | | |
|---|---|---|
| MOTOROLA, INC. and FREESCALE SEMICONDUCTOR, INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO.  1:03-CV-0407 |
| STMICROELECTRONICS, N.V. and STMICROELECTRONICS, INC. | § § § § | JURY REQUESTED  Judge Crone/Magistrate Judge Radford |
| Defendants. | § § | |

**SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

**(DEMAND FOR JURY TRIAL)**

Plaintiffs Motorola, Inc. and Freescale Semiconductor, Inc., by their attorneys, complain

against STMicroelectronics N.V., and STMicroelectronics, Inc. and allege as follows:

**Parties**

1.      Plaintiff Motorola, Inc. ("Motorola") is a corporation organized under the laws of

the State of Delaware with its principal place of business at 1303 East Algonquin Road,

Schaumburg, Illinois  60196.  Motorola, through its subsidiaries, markets and sells

semiconductor products throughout the United States, including within this District.

2.      Plaintiff Freescale Semiconductor, Inc. ("Freescale") is a corporation organized

under the laws of the State of Delaware with its principal place of business at 6501 William

Cannon Drive, Austin, Texas  78737.  Freescale is a wholly owned subsidiary of Motorola and

markets and sells semiconductor products throughout the United States, including within this

District.

3.     On information and belief, defendant STMicroelectronics N.V. ("STMicro N.V.")

is a corporation organized under the laws of The Netherlands with its principal place of business

at 39, Chemin du Champ-des-Filles, 1228 Plan-les-Ouates, Geneva, Switzerland.  STMicro N.V.,

through its U.S. sales offices and distributors markets and sells semiconductor products

throughout the United States, including within this District.  STMicro N.V. has appeared herein

and is before the Court for all purposes.

4.     On information and belief, defendant STMicroelectronics, Inc. ("STMicro, Inc.")

is a corporation organized under the laws of the State of Delaware with one of its principal

places of business at 1310 Electronics Dr., Carrollton, Texas  75006.  STMicro, Inc. markets and

sells semiconductor products throughout the United States, including within this District.

STMicro, Inc. has appeared herein and is before the Court for all purposes.

### Jurisdiction and Venue

5.     This is an action arising under the patent laws of the United States, 35 U.S.C.

§ 101 set seq.  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6.     Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), (c) and (d)

and 1400(b).

### The Patents

7.     United States Patent No. 4,446,194, invented by Jon Candelaria and Kurt S.

Heidinger, entitled "Dual Layer Passivation" (the "Candelaria Patent"), was duly and legally

issued by the United States Patent and Trademark Office on May 1, 1984.  A copy of the

Candelaria Patent is attached hereto as Exhibit A.

8.      United States Patent No. 4,758,945, invented by James J. Remedi, entitled

"Method for Reducing Power Consumed by a Static Microprocessor" (the "Remedi Patent"),

was duly and legally issued by the United States Patent and Trademark Office on July 19, 1988.

A copy of the Remedi Patent is attached hereto as Exhibit B.

9.      Before April 4, 2004, Motorola was the owner of all rights, title and interest in

and to the Candelaria and Remedi Patents (the "Motorola Patents").  From April 4, 2004 to the

present, Freescale has owned, and continues to own, all rights, title, and interest to the Motorola

Patents.

## Background

10.     The Motorola Patents cover inventions relating to semiconductor processing and

semiconductor chip design.

11.     The Defendants have imported into the United States, marketed, sold and/or

offered for sale in the United States, products covered by the Motorola Patents.

12.     The Defendants have had actual and/or constructive notice and knowledge of the

Motorola Patents.  The filing of this Second Amended Complaint also constitutes notice in

accordance with 35 U.S.C. § 287.  Despite such notice, the Defendants continue to import into

and sell in the United States products covered by the Motorola Patents.

## Count I

13.     Plaintiffs repeat and reallege the allegations in paragraphs 1-12.

14.     On information and belief, the Defendants have infringed, and/or induced

infringement of, the Candelaria Patent by importing into, offering for sale, or selling in the

United States, or by intending that others import into, offer for sale, or sell in the United States, products that incorporate the invention of, and/or were made using the methods claimed in, the Candelaria Patent.

15.     On information and belief, the Defendants' infringement of the Candelaria Patent has been willful.  The Defendants' continued infringement of the Candelaria Patent has damaged and will continue to damage Plaintiffs.

## Count II

16.     Plaintiffs repeat and reallege the allegations in paragraphs 1-15.

17.     On information and belief, the Defendants have infringed, and/or induced infringement of, the Remedi Patent by importing into, offering for sale, or selling in the United States, or by intending that others import into, offer for sale, or sell in the United States, products that incorporate the invention of, and/or were made using the methods claimed in, the Remedi Patent.

18.     On information and belief, the Defendants' infringement of the Remedi Patent has been willful.  The Defendants' continued infringement of the Remedi Patent has damaged and will continue to damage Plaintiffs.

19.     On information and belief, the Defendants' infringement of the Remedi Patent has caused and will continue to cause Plaintiffs irreparable harm unless enjoined by the Court. Plaintiffs have no adequate remedy at law.

## Prayer and Relief

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and grant the following relief:

A.    Adjudge that the Defendants are infringing the Motorola Patents;

B.    Adjudge that the Defendants' infringement of the Motorola Patents was willful, and that Defendants' continued infringement of the Motorola Patents is willful;

C.    Enter an order preliminarily and permanently enjoining the Defendants from any further actions of infringement of the Motorola Patents.

D.    Award Plaintiffs damages in an amount adequate to compensate Plaintiffs for the Defendants' infringement of the Motorola Patents, but in no event less than a reasonable royalty under 35 U.S.C. § 284;

E.    Enter an order trebling any and all damages awarded to Plaintiffs by reason of the Defendants' willful infringement of the Motorola Patents, pursuant to 35 U.S.C. § 284;

F.    Enter an order awarding Plaintiffs interest on the damages awarded and their costs pursuant to 35 U.S.C. § 284;

G.    Enter an order finding that this is an exceptional case and award Plaintiffs their reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

H.    Award such other relief as the Court may deem appropriate and just under the circumstances.

Dated:  May 27, 2004

Respectfully submitted,

_J. Thad Heartfield_

Kenneth R. Adamo, Esq.
State Bar No. 00846960
kradamo@jonesday.com
Michael J. Newton, Esq.
State Bar No. 24003844
mjnewton@jonesday.com
Hilda C. Galvan, Esq.
State Bar No. 00787512
hcgalvan@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

J. Thad Heartfield
State Bar No. 09346806
thad@heartfieldmcginnis.com
HEARTFIELD & McGINNIS LLP
2196 Dowlen Road
Beaumont, Texas 77706
Telephone:  (409) 866-3318
Facsimile:  (409) 866-5789

Attorneys for Plaintiff
MOTOROLA, INC. AND
FREESCALE SEMICONDUCTOR, INC.

Of Counsel

David L. Witcoff, Esq.
Scott W. Burt, Esq.
JONES DAY
77 West Wacker, Suite 3500
Chicago, Illinois, 60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff Motorola, Inc. hereby certifies that a true and correct copy of the foregoing was served upon the counsel identified below this __ day of May, 2004, as indicated:

Bruce S. Sostek                                               **VIA HAND DELIVERY**
THOMPSON & KNIGHT LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201-4693

James P. Bradley                                              **VIA HAND DELIVERY**
SIDLEY, AUSTIN, BROWN & WOOD, LLP
717 North Harwood Street, Suite 3400
Dallas, Texas 75201

Clyde Siebman                                                 **VIA FEDERAL EXPRESS**
SIEBMAN, REYNOLDS & BURG, LLP
421 North Crockett
Sherman, Texas 75090

_____